IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CR3146 |
| | ) | |
| V. | ) | |
| | ) | |
| HECTOR HERNANDEZ-RODRIGUEZ, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant failed to appear at sentencing. Therefore,

IT IS ORDERED that the Probation Officer with the assistance of the Assistant United States Attorney shall prepare and deliver to the Clerk of Court a warrant. Upon delivery to the Clerk, the Clerk shall issue the warrant.

DATED this 24th day of February, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge